NO. 07-08-0349-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

NOVEMBER 20, 2008

______________________________


IN THE INTEREST OF S.M.D., N.F.D., AND I.F.D., CHILDREN

_________________________________

FROM THE COUNTY COURT AT LAW NO. 2 OF POTTER COUNTY;

NO. 70,274-2; HON. PAMELA COOK SIRMON, PRESIDING

_______________________________

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.
ON MOTION TO DISMISS
          Pending before the Court is a motion, signed by counsel for appellants Corina
Delgado and Federico Delgado, Jr., indicating both appellants desire to withdraw their
notice of appeal and dismiss the appeal pursuant to Rule 42.1 of the Texas Rules of
Appellate Procedure. No decision of this Court having been delivered to date in the appeal
and finding the motion complies with the requirements of Rule 42.1(a), we dismiss the
appeal. Further, the Court will tax costs against appellants. Tex. R. App. P. 42.1(d).
 
          Having disposed of this appeal at the appellants’ request, we will not entertain a
motion for rehearing and our mandate shall issue forthwith.


James T. Campbell

Justice



f this court having been
delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion
for rehearing will be entertained and our mandate will issue forthwith.
                                                                           James T. Campbell

                                                                                  Justice

Do not publish.